**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**COLLARS W. DAVIS** **PLAINTIFF**
**#115586**

**v.** **CASE No. 4:24-CV-00867-JM**

**AMRITPAL SINGH, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff Collars Davis's federal case was stayed on October 22, 2024, pending the resolution of his state court criminal proceedings. (Doc. 4). A search of his state criminal proceedings reveals that Davis pleaded *nolo contendere* to his charges on July 27, 2026. *See State v. Davis*, 35CR-24-49 (Sentencing Order). In staying his case, the Court warned Davis that his case would be dismissed if he failed to either (1) file a motion to reopen within 60 days of the conclusion of state criminal proceedings or (2) file a status report with this Court no later than September 25, 2026. (Doc. 57). Davis has done neither. Accordingly, the Court directs the clerk to lift the stay and dismiss this case without prejudice. Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE