**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**COLLARS W. DAVIS** **PLAINTIFF**
**#115586**

**v.** **CASE No. 4:24-CV-00867-JM**

**AMRITPAL SINGH, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day and prior Orders of this Court, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE